**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DOUGLAS BERGERON** | * | **CIVIL ACTION** |
| ***Plaintiff,*** | * | |
| | * | **NO. 12-181** |
| **vs.** | * | |
| | * | |
| **MEDICAL BENEFITS ADMINISTRATORS OF MARYLAND, INC., ET AL.** | * | **JUDGE DIV. " "** |
| | * | **MAGISTRATE** |
| ***Defendants.*** | * | |

**NOTICE OF REMOVAL**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, ALEXANDRIA DIVISION**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Syndicate Nos. 2987 and 1607 at Lloyd's (erroneously referred to as "Brit Insurance" in Plaintiff's Supplemental and Amending Petition for Damages and hereinafter referred to as "Lloyd's"), who files this notice of removal pursuant to 28 U.S.C. §§ 1332, 1441(a), with full reservation of any and all rights, defenses, and objections, including but not limited to, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, lack of procedural capacity, improper cumulation, no right of action, no standing, prescription, and/or preemption.

**Plaintiffs' Allegations**

1.

Plaintiff, Douglas Bergeron, filed his Petition for Payment of Medicals, Penalties for Failure to Pay, and for Attorney Fees ("Original Petition") on March 8, 2010. Mr. Bergeron

alleged that he was domiciled in Louisiana at the time he filed his petition.

2.

In his Original Petition, Mr. Bergeron named the following defendants: Medical Benefits Administrators of Maryland, Inc. ("Maryland Benefits") and the Maryland Secretary of State, John P. McDonough (incorrectly referred to in Plaintiff's Petition for Damages as "John P. McDough" and hereinafter referred to as "McDonough"). Mr. Bergeron alleged that Medical Benefits was "a foreign insurance company authorized to do and doing business in the State of Louisiana, who may be served via Louisiana Long Arm Statute" at "1630 Robins Circle, Forest Hill, Maryland, 21050." *See* State Court Records, Pl.'s Orignal Pet. for Damages, at ¶ 1 (attached as Exhibit "A"). Mr. Bergeron also alleged that the McDonough could be served by Louisiana Long Arm Statute at "16 Francis Street, Annapolis, Maryland 21401." *Id.*

3.

There is no evidence in the record of service by plaintiff on any party. Neither Medical Benefits nor McDonough have appeared in this case.

4.

On May 4, 2012, Plaintiff, Robin Bergeron, administrator of estate of Douglas Bergeron as mover, and the Estate of Douglas Bergeron, filed her First Supplemental and Amending Petition for Damages ("Supplemental Petition").

5.

In her Supplemental Petition, Ms. Bergeron alleged that Mr. Bergeron died on July 13, 2010. In addition, she added Lloyd's as a defendant. She alleges that Lloyd's is a "foreign insurance company authorized to do and doing business in the State of Louisiana, whose agent for service of process [is] Secretary of State, Tom Schedler, 8585 Archives Avenue, Baton

Rouge, Louisiana 70809." Ms. Bergeron sent Lloyd's the Supplemental Petition via certified U.S. mail, and Lloyd's received it on May 31, 2012. *See* Certified Receipt (attached as Exhibit "B").

6.

Ms. Bergeron seeks to recover all "general and special damages" allowed by law for alleged non-payment of medical expenses covered by Mr. Bergeron's alleged health insurance policies.

7.

As will be shown more fully below, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), as the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00, and there is complete diversity of citizenship between Plaintiff and Defendants. Thus, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

**Grounds for Removal**

Lloyd's alleges the following grounds for removal:

***A. Complete Diversity of Citizenship Exists.***

8.

Plaintiffs, Douglas Bergeron and Robin Bergeron, were citizens domiciled in the State of Louisiana at the time their petitions were filed.

9.

Defendants, Maryland Benefits, McDonough, and Lloyd's, are not, and were not at the time Plaintiffs' petitions were filed, citizens of, or domiciled in, the State of Louisiana. Lloyd's is a citizen of and domiciled in London, England.

***B. The Amount-in-Controversy Requirement is Met.***

10.

Although Plaintiffs' petitions do not specify the amount of damages sought, in conformity with Louisiana Code of Civil Procedure article 893, it is clear from the face of the Original Petition and Supplemental Petition that Ms. Bergeron seeks a recovery in excess of $75,000, excluding interest and costs.[1] Specifically, Ms. Bergeron is suing for breach of an insurance contract and alleges that Mr. Bergeron incurred "ONE HUNDRED TWENTY THREE AND NO/100 ($123,000.00) in medical expenses.

**Compliance with Removal Procedures**

11.

Lloyd's is filing this notice of removal within 30 days of May 31, 2012—when it received the First Supplemental Petition via certified mail—as calculated under Rule 6(a)(1) of the Federal Rules of Civil Procedure.

12.

Pursuant to 28 U.S.C. § 1446, Lloyd's is filing a copy of this Notice of Removal with the Clerk of the 12th Judicial District Court for the Parish of Avoyelles. This action is removable pursuant to 28 U.S.C. §§ 1441 (a)-(b) because Lloyd's is removing this action to the District Court of the United States for the district and division encompassing the place where the action is pending, and Lloyd's is not a citizen of Louisiana.

13.

Pursuant to 28 U.S.C. §§ 1446(a)-(b) and 1447(b), copies of all pleadings filed in state court are attached to this Notice of Removal in Exhibit "A."

[1] Even when the plaintiff's lawsuit fails to allege a specific amount of damages, federal court jurisdiction may be invoked if it is "facially apparent" that the amount in controversy exceeds the minimum jurisdictional amount. *See St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998).

14.

Lloyd's reserves the right to amend or supplement this Notice of Removal.

15.

Lloyd's reserves any and all rights, defenses and objections, including but not limited to, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, lack of procedural capacity, improper cumulation, no right of action, lack of standing, prescription, preemption, and no cause of action.

**WHEREFORE**, Lloyd's, pursuant to these statutes and in conformity with the requirements set forth in 28 U.S.C § 1446, removes this action for trial from the 12th Judicial District Court for the Parish of Avoyelles, Civil Action No. 20104846; *Douglas Bergeron* v. *Medical Benefits Administrators of Maryland, Inc.*, to the United States District Court for the Western District of Louisiana, on this 2nd day of July 2012.

**Respectfully submitted,**

**ADAMS AND REESE LLP**

/s/ *Justin J. Boron*

CHRISTOPHER A. D'AMOUR, T.A. (#26252)
KYLE L. POTTS (#26472)
JUSTIN J. BORON (#33023)
4500 One Shell Square
New Orleans, Louisiana 70139
Tel: 504-581-3234
Fax: 504-566-0210
*Counsel for Syndicate Nos. 2987 and 1607 at Lloyd's*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same date, I mailed the foregoing document and notice of electronic filing by first-class mail to the last known address of any parties who are non-CM/ECF participants.

/s/ *Justin J. Boron*

Plaintiffs, Robin Bergeron and Douglas Bergeron,
Through their counsel of record
CHARLES A. RIDDLE III
208 East Mark Street
P.O. Box 608
Marksville, Louisiana 71351

Medical Benefits Administrators of Maryland, Inc.
Through its registered agent in the State of Maryland
RONALD J. WILSON
1603 Robin Circle
Forest Park, Maryland 21050

Maryland Secretary of State
JOHN P. MCDONOUGH
RE: Civil Action No. 20104846; *Douglas Bergeron* v. *Medical Benefits Administrators of Maryland, Inc.*, 12th Judicial District Court for the Parish of Avoyelles, Louisiana
16 Francis Street
Annapolis, Maryland 21401